UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BATTELLE MEMORIAL INSTITUTE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HANFORD MULTI-EMPLOYER PENSION PLAN, HAMTC REPRESENTED EMPLOYEES; PENSION & SAVINGS PLANS COMMITTEE c/o MISSION SUPPORT ALLIANCE, LLC,<br><br>　　　　　　Defendants. | NO. 4:17-CV-5080-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 19). The parties have stipulated that Battelle Memorial Institute's Complaint for Declaratory Judgment and Other Relief be dismissed, with prejudice, and without attorneys' fees, costs, or disbursements to any party.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without attorneys' fees, costs, or disbursements to any party.

The District Court Executive is directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** January 11, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2